**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-BK-18251-GBN |
|---|---|
| NORRIS, THOMAS and NORRIS, LEANDRA, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| _____ | ) |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3007 | 4/2/10 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $735.20 |

Dated this 24th day of August, 2010.

/s/ David M. Reaves_____
David M. Reaves, Chapter 7 Trustee

1